# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **VALERIE WALLACE,** individually and on behalf of all others similarly situated, | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **5:15-cv-01808-MHH** ) **CLASS ACTION** ) |
| **VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG** and **ROBERT BOSCH GMBH INC.,** | ) ) ) ) |
| **Defendants.** | ) |

### NOTICE OF DISMISSAL

COMES NOW, undersigned council for the Plaintiff in the above-styled action, and files this Notice of Dismissal, and in support, states as follows:

Undersigned counsel has been working with multiple co-counsel over the last few weeks filing cases against the same above-named Defendants.

On October 15, 2015, the above-styled matter was inadvertently filed as a duplicate case on behalf of the above-named Plaintiff.

One of undersigned co-counsel's office had already filed a case styled as *Wallace v. Volkswagen Group of America Inc. et al*; 5:15-cv-01766-AKK on October 9, 2015.

No summons has been issued or service attempted in this matter.

1

WHEREFORE, undersigned counsel respectfully requests this Court to dismiss this duplicate action.

Submitted this the 21st day of October, 2015.

                                         s/ Eric J. Artrip
                                         MASTANDO & ARTRIP LLC
                                         Eric J. Artrip (ASB9673I68E)
                                         D. Anthony Mastando (ASB0893X32B)
                                         301 Washington Street, Suite 302
                                         Huntsville, Alabama 35801
                                         Tel.: (256) 532-2222
                                         Fax: (256) 513-7489
                                         Artrip@mastandoartrip.com
                                         Tony@mastandoartrip.com