# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **VALERIE WALLACE, individually and on behalf of all others similarly situated,** | }<br>}<br>}<br>} |
| Plaintiff, | } Case No.:  5:15-cv-01808-MHH |
| v. | }<br>} |
| **VOLKSWAGEN GROUP OF AMERICA, INC. et al.,** | } |
| Defendants. | |

## ORDER

Plaintiff Valerie Wallace has filed a notice of voluntary dismissal.  (Doc. 2). Although Ms. Wallace did not cite to the Federal Rules of Civil Procedure, the Court construes this notice as being filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Neither defendant has filed an answer or a motion for summary judgment.  Although Ms. Wallace's notice is self-executing, the Court enters this order to ask the Clerk to please close the file.

**DONE** and **ORDERED** this October 21, 2015.

_Madeline H. Haikala_
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE